## Chess *v.* The State.

An indictment lies, under the statute of the state, for counterfeiting the current coin of the *United States.*

*Thursday, May 23.*

ERROR to the *Lawrence* Circuit Court.—Indictment for counterfeiting 44 eagles, current gold coin of the *United States*, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state of *Indiana.* Plea, not guilty. Verdict and judgment against the prisoner.

The only special error assigned was, that a state Court has no jurisdiction in such a case.

*Per Curiam.*—The judgment is affirmed, with costs (1).

*Stephen* and *Kidder*, for the plaintiff.

*Moore*, for the state.

(1) Vide Stat. 1817, p. 82;—1823, p. 140, 141.—Serg. C. L. chapt. 16 and 27, —1 Kent's Comm. lect. 18.